UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RITA MAUDE VOCK,

      Plaintiff,

                                                          Case No. 13-12753

v.                                                 HON. GERSHWIN A. DRAIN

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

_____/

**ORDER ACCEPTING REPORT AND RECOMMENDATION [#15], GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [#10], DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [#13], AND REMANDING CASE UNDER SENTENCE FOUR**

      This matter is before the Court on the parties' Cross-Motions for Summary Judgment as to Plaintiff Rita Vock's claim for judicial review of Defendant Commissioner of Social Security's denial of her application for disability insurance benefits and supplemental security income. The matter was referred to Magistrate Judge Michael Hluchaniuk who issued a Report and Recommendation ("R&R") on July 24, 2014 recommending that Plaintiff's Motion for Summary Judgment be granted, Defendant's Motion for Summary Judgment be denied, and the Commissioner's findings and conclusions be reversed.

      Neither party has filed objections to the Magistrate Judge's R&R, and the time for filing objections has expired. See 28 U.S.C. § 636(b)(1)(C). Upon review of the parties' briefing and

the Magistrate Judge's R & R, the Court concludes that the Magistrate Judge reached the correct conclusion. Therefore, the Court ACCEPTS Magistrate Hluchaniuk's R&R, GRANTS Plaintiff's Motion for Summary Judgment [#10], and DENIES Defendant's Motion for Summary Judgment [#13]. The Commissioner's findings and conclusions are REVERSED, and the Court REMANDS the case under Sentence Four.

SO ORDERED.

Dated: August 22, 2014

           S/Gershwin A. Drain
           GERSHWIN A. DRAIN
           UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 23, 2014, by electronic and/or ordinary mail.
S/Tanya Bankston
Deputy Clerk